ACCEPTED
03-15-00386-CV
6790344
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 4:01:39 PM
JEFFREY D. KYLE
CLERK

# NO. 03-15-00386-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 4:01:39 PM
JEFFREY D. KYLE
Clerk

**HARRIS COUNTY HOSPITAL DISTRICT,**
**Appellant,**

**v.**

**PUBLIC UTILITY COMMISSION OF TEXAS,**
**Appellee.**

### UNOPPOSED MOTION FOR
### EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Appellee, the Public Utility Commission of Texas, files this unopposed motion to extend the time for filing appellee's brief for fourteen days to October 12, 2015.

1.    The Appellee's brief is due on September 28, 2015.

2.    Appellee requests a fourteen-day extension to October 12, 2015.

3.    The press of other business prevents counsel for Appellee from preparing a brief that will be helpful to the Court by the current deadline. Counsel attended and presented at UT's Advanced Texas Administrative Law Seminar August 31 and September 1, she has a long-planned and paid-for vacation from September 9–15, 2015, and has oral argument in this Court in *Entergy Texas, Inc. v. Public Utility Commission*, No. 03-14-00735-CV on September 23, 2015.  Thus, she will not be able to

substantially work on this brief until after the September 23, 2015 oral argument.

4.     This is the first request Appellee has made for an extension of time to file appellee's brief.

5.     Counsel for Harris County Hospital District has been contacted and does not oppose this motion for extension of time to file appellees' brief.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

JON NIERMANN
Division Chief
Environmental Protection Division

/s/ *Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling
Assistant Attorney General
Texas State Bar No. 19171100

Environmental Protection Division
Office of the Attorney General
P.O. Box 12548, MC-066
Austin, Texas  78711-2548
512.463.2012
512.457-4616 FAX
Elizabeth.Sterling@texasattorneygeneral.gov

COUNSEL FOR PUBLIC UTILITY COMMISSION OF
TEXAS

## Certificate of Conference

I have contacted counsel for Harris County Hospital District, the only other party in this case.  Appellant District does not oppose the motion.

/s/ *Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling

**Certificate of Service**

I hereby certify that on this the 3rd day of September 2015, a true and correct copy of the foregoing document was served on the following counsel electronically, through an electronic filing service, with a copy by email:

Bruce S. Powers
Harris County Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
(713) 274-5144 (telephone)
(713) 755-8924 (facsimile)
bruce.powers@cao.hctx.net

**ATTORNEYS FOR HARRIS COUNTY HOSPITAL DISTRICT**

/s/ *Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling